Justin D. Harris, #199112
Evan A. Wright, #338401
HARRIS LAW FIRM, PC
7110 N. Fresno St., Suite 400
Fresno, California 93720
Telephone (559) 272-5700
Facsimile (559) 554-9989

Attorneys for Defendant Esperanza Hansen Gonzalez

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>ESPERANZA HANSEN GONZALEZ,<br><br>    Debtor. | Case No. 21-11034-A-7<br><br>Chapter 7 |
| ABLP PROPERTIES VISALIA, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>ESPERANZA HANSEN GONZALEZ,<br><br>    Defendant. | Adversary Proceeding No.: 21-01031<br><br>ANSWER TO PLAINTIFF'S COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBT [11 U.S.C. § 523] |

Defendant ESPERANZA HANSEN GONZALEZ ("**Defendant**") for her answer admits, denies, and avers as follows:

### JURISDICTION AND VENUE

1. Responding to paragraph 1 of the complaint, Defendant admits the allegations contained therein.

2. Responding to paragraph 2 of the complaint, Defendant admits the allegations contained therein.

3. Responding to paragraph 3 of the complaint, Defendant admits the allegations contained therein.

4. Responding to paragraph 4 of the complaint, Defendant admits the allegations contained therein.

**VENUE AND PARTIES**

5. Responding to paragraph 5 of the complaint, Defendant admits the allegations contained therein.

6. Responding to paragraph 6 of the complaint, Defendant admits the allegations contained therein.

7. Responding to paragraph 7 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

8. Responding to paragraph 8 of the complaint, Defendant admits the allegations contained therein.

**FACTS COMMON TO ALL COUNTS**

9. Responding to paragraph 9 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

10. Responding to paragraph 10 of the complaint, Defendant admits the allegations contained therein.

11. Responding to paragraph 11 of the complaint, Defendant admits the allegations as to The Magnolia Group, Inc. (the "**Magnolia Group**"), but denies the allegations as to Magnolia Park, LLC contained therein.

12. Responding to paragraph 12 of the complaint, Defendant admits that Magnolia Park Assisted Living is an assisted living facility operated on the Douglas Property, but denies the remaining allegations in that paragraph.

13. Responding to paragraph 13 of the complaint, Defendant admits the allegations contained therein.

14. Responding to paragraph 14 of the complaint, Defendant admits the allegations contained therein.

15. Responding to paragraph 15 of the complaint, Defendant admits the allegations contained therein.

16. Responding to paragraph 16 of the complaint, Defendant admits the allegations contained therein.

17. Responding to paragraph 17 of the complaint, Defendant admits the allegations contained therein.

18. Responding to paragraph 18 of the complaint, Defendant admits the allegations contained therein.

19. Responding to paragraph 19 of the complaint, Defendant admits the allegations contained therein.

20. Responding to paragraph 20 of the complaint, Defendant admits the allegations contained therein.

21. Responding to paragraph 21 of the complaint, Defendant admits the allegations contained therein.

22. Responding to paragraph 22 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

23. Responding to paragraph 23 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

24. Responding to paragraph 24 of the complaint, Defendant admits that ABLP conducted a non-judicial foreclosure sale of the Douglas Property, but denies the remaining allegations contained therein.

ANSWER TO PLAINTIFF'S COMPLAINT

25. Responding to paragraph 25 of the complaint, Defendant admits that ABLP conducted a non-judicial foreclosure sale of the Lewis Lane Property, but denies the remaining allegations contained therein.

26. Responding to paragraph 26 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

**FIRST CLAIM FOR RELIEF**

27. Responding to paragraph 27 of the complaint, Defendant incorporates her prior admissions and denials as though fully set forth herein.

28. Responding to paragraph 28 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

29. Responding to paragraph 29 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

30. Responding to paragraph 30 of the complaint, Defendant denies the allegations contained therein.

31. Responding to paragraph 31 of the complaint, Defendant denies the allegations contained therein.

32. Responding to paragraph 32 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

33. Responding to paragraph 33 of the complaint, Defendant admits the allegations contained therein.

34. Responding to paragraph 34 of the complaint, Defendant denies the allegations contained therein.

35. Responding to paragraph 35 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

36. Responding to paragraph 36 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

37. Responding to paragraph 37 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

38. Responding to paragraph 38 of the complaint, Defendant admits to submitting a Commercial Loan Application with ABLP REIT, but denies every other allegation therein.

39. Responding to paragraph 39 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

40. Responding to paragraph 40 of the complaint, Defendant denies the allegations contained therein.

41. Responding to paragraph 41 of the complaint, Defendant denies the allegations contained therein.

42. Responding to paragraph 42 of the complaint, Defendant denies the allegations contained therein.

43. Responding to paragraph 43 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

44. Responding to paragraph 44 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

45. Responding to paragraph 45 of the complaint, Defendant denies the allegations contained therein.

## SECOND CLAIM FOR RELIEF

46. Responding to paragraph 46 of the complaint, Defendant incorporates her prior admissions and denials as though fully set forth herein.

47. Responding to paragraph 47 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

48. Responding to paragraph 48 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

49. Responding to paragraph 49 of the complaint, Defendant admits to submitting a Commercial Loan Application with ABLP REIT, but denies every other allegation therein.

50. Responding to paragraph 50 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

51. Responding to paragraph 51 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

52. Responding to paragraph 52 of the complaint, Defendant denies the allegations contained therein.

53. Responding to paragraph 53 of the complaint, Defendant denies the allegations contained therein.

54. Responding to paragraph 54 of the complaint, Defendant denies the allegations contained therein.

55. Responding to paragraph 55 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

56. Responding to paragraph 56 of the complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies each and every allegation therein.

57. Responding to paragraph 57 of the complaint, Defendant denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

### Statements not made by Debtor

Plaintiff cannot prove that each and every oral or written statement attributed to Debtor was made by Debtor.

### No Intent to Defraud

To the extent any written or oral statements were made by Debtor, Plaintiff cannot prove that at the time Defendant made the alleged fraudulent statements to Plaintiff, that Defendant intended to defraud Plaintiff.

### No False Statements

Plaintiff cannot prove that any of the written or oral statements allegedly made by Defendant in connection with the loan, modification, subordination, or notes were false.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays:

1. That the Complaint be dismissed with prejudice as to this Defendant and that Plaintiff takes nothing thereby;

2. For costs of suit; and

3. For such other and further relief as the Court may deem just and proper.

Dated: September 8, 2021　　　　HARRIS LAW FIRM, PC

By: _____
Justin D. Harris, Attorneys for
Defendant Esperanza Hansen Gonzalez