3

Justin D. Harris, #199112
Evan A. Wright, #338401
**HARRIS LAW FIRM, PC**
7110 N. Fresno St., Suite 400
Fresno, California 93720
Telephone (559) 272-5700
Facsimile (559) 554-9989

Attorneys for Defendant Esperanza Hansen Gonzalez

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>ESPERANZA HANSEN GONZALEZ,<br><br>Debtor. | Case No. 21-11034-A-7<br><br>Chapter 7 |
| ABLP PROPERTIES VISALIA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ESPERANZA HANSEN GONZALEZ,<br><br>Defendant. | Adversary Proceeding No.: 21-01031<br><br>DCN: HLF-2<br><br>**DECLARATION OF JUSTIN D. HARRIS IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR SERVICE OF NOTICE OF HEARING ON MOTION TO WITHDRAW AS COUNSEL**<br><br>Date: N/A<br>Time: N/A<br>Place: Dept. A, Courtroom 11, 5th Floor<br>      2500 Tulare Street, Fresno<br>      Hon. Jennifer E. Niemann |

1

I, Justin D. Harris, declare and state as follows:

1. I am an attorney at law admitted to practice law before this Court and all of the Courts of the State of California. I am the owner of the law firm of Harris Law Firm, PC ("**HLF**"). I have personal knowledge of the matters contained in this declaration and if called as a witness, I could and would testify as set forth herein. As to any matters testified on information and belief, I believe them to be true.

2. This declaration is filed in support of the Ex Parte Application for Order Shortening Time for Service of Notice of Hearing on Motion to Withdraw as Counsel (the "**Application**") for Debtor and Defendant, ESPERANZA HANSEN GONZALEZ ("**Debtor**") from her non-dischargeability adversary proceeding.

3. Good cause exists for an order shortening time as an actual conflict of interest exists between Debtor and Counsel, consisting of me and Harris Law Firm, PC, which prevents us from continuing the representation and makes our withdrawal mandatory under the California Rules of Professional Conduct. In short, Debtor has accused me of professional negligence, which mandates my withdrawal as counsel. In addition, there has been a fundamental breakdown in the attorney-client relationship. This prevents us from effectively representing Debtor even if there were not an actual conflict of interest.

4. In light of the actual conflict of interest, I do not believe we can represent Debtor at the status conference hearing for the adversary proceeding currently scheduled for April 28, 2022, at 11:00 a.m. For this reason, an order shortening time is needed so that our Motion can be heard in advance of the status conference hearing. I want Debtor to have the opportunity to be heard at the status conference hearing to prevent prejudice to Debtor.

5. I did not bring this Application sooner as we earnestly hoped our disputes with Debtor could be resolved short of withdrawal and endeavored to make that happen. Now that an actual conflict of interest exists, however, I no longer have a choice and must withdraw consistent with the California Rules of Professional Conduct.

2

DECLARATION OF JUSTIN D. HARRIS IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR SERVICE OF NOTICE OF HEARING ON MOTION TO WITHDRAW AS COUNSEL

6. I do not believe any party would be prejudiced by shortened notice on the Motion as Counsel's withdrawal is mandatory, and Debtor may be heard at the status conference hearing *in propria persona*. Further, any opposition can be provided at the hearing per Local Rule 9014-1(f)(3) as written opposition is not required.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 25, 2022 at Fresno, California.

/s/ Justin D. Harris

DECLARATION OF JUSTIN D. HARRIS IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR SERVICE OF NOTICE OF HEARING ON MOTION TO WITHDRAW AS COUNSEL