**2**
DON J. POOL, SBN 166468
**FENNEMORE DOWLING AARON**
8080 N Palm Avenue, Third Floor
Fresno, California 93711
Tel: (559) 432-4500 / Fax: (559) 432-4590
dpool@fennemorelaw.com

Attorneys for ABLP PROPERTIES VISALIA, LLC,
a Delaware limited liability company

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

****

| | |
|---|---|
| In re<br><br>ESPERANZA HANSEN GONZALEZ,<br><br>            Debtor. | Case No.: 21-11034-A-7<br><br>Chapter 7<br><br>Adv. Proc. No.: 21-01031-A-7 |
| ABLP PROPERTIES VISALIA, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>vs.<br><br>ESPERANZA HANSEN GONZALEZ,<br><br>            Defendant. | **PLAINTIFF'S STATUS CONFERENCE STATEMENT AND REQUEST FOR DISMISSAL**<br><br>Date:    June 2, 2022<br>Time:   11:00 AM<br>Place:   U.S. Bankruptcy Court<br>           2500 Tulare Street<br>           Courtroom 11, Department A<br>           Fresno, CA 93721<br>Judge:  Hon. Jennifer E. Niemann |

      As the Court will recall, there was a pending, related action brought by the Debtor's wholly owned entities, Debtor ESPERANZA HANSEN GONZALEZ ("Defendant" or "Debtor"), and Debtor's spouse against ABLP PROPERTIES VISALIA, LLC ("ABLP"), a related entity and two individuals in the Tulare County Superior Court (the "State Court Litigation"). The State Court Litigation was set previously set for trial on June 27, 2022.

      In the main bankruptcy case in this matter, Plaintiff and related ABLP parties

entered into a settlement agreement with the Chapter 7 Trustee, James Salven, that was ultimately approved by the Court by Order entered on June 8, 2022. Pursuant to the Settlement, the Trustee dismissed the Complaint with prejudice and stipulated to entry of Judgment against both Magnolia entities in the State Court Litigation. All that remains to be completed under the Settlement is the dissolution of the Magnolia entities.

In light of the resolution of the State Court Action, Plaintiff ABLP requests, pursuant to Federal Rule of Bankruptcy Procedure 7041, that the Court dismiss the Complaint for Nondischargeability and this Action, in its entirety, at the Status Conference, and grant such other and further relief as the Court may deem just and proper.

Dated: July 7, 2022  FENNEMORE DOWLING AARON, LLP

By: */s/ Don J. Pool*
Don J. Pool, Attorneys for ABLP PROPERTIES VISALIA, LLC, a Delaware limited liability company

FENNEMORE DOWLING AARON
ATTORNEYS AT LAW

26422012.1/055959.0001